# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 6, 2026

**BY EMAIL AND ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   01/07/2026

Re:   **United States v. Linda Mbimadong**
      **23 Cr. 655 (VSB)**

Dear Judge Broderick:

I write to respectfully request that the Court permit Linda Mbimadong to travel to Ghana with her mother from January 16 through January 26, 2026. United States Probation, via Officer Sandra Osman, does not object to this application. The Government, via AUSA Meredith Foster, defers to Probation.

Pertinent to this application, Ms. Mbimadong continues to comply with the terms of her supervised release and presently has an application for the Court's termination of her supervision pending. If permitted to travel, Ms. Mbimadong will send her itinerary to Officer Osman and keep Officer Osman apprised of her actual departure and return.

I thank the Court for considering this unopposed motion.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender

Cc:   AUSA Meredith Foster
      U.S. Probation Officer Sandra Osman